# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**APPEARANCE**

Bleron Baraliu
    Plaintiff

v.     **CASE NUMBER:**

Vinya Capital, L.P. and
Michael deSa
    Defendants

**306CV1286 AVC**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Plaintiff, Bleron Baraliu

August 17, 2006
**Date**

CT 01381
**Connecticut Federal Bar Number**

(203) 359-3200
**Telephone Number**

(203) 348-8092
**Fax Number**

ajslaw706@aol.com
**E-mail address**

*(Signature)*

Alfred J. Smith, Jr., Esq.
**Print Clearly or Type Name**

706 Bedford Street
**Address**

Stamford, CT 06901

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Alfred G. Feliu, Esq.  Vandenberg & Feliu, LLP
110 East 42nd Street
New York, NY 10017

Attorneys for Defendants

*(Signature)*

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24