## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Docket No. 3-06 CV 1286 (AVC)

| | |
|---|---|
| **BLERON BARALIU,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **VINYA CAPITAL, L.P. and MICHAEL deSa,** | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as attorney for the Defendants, Vinya Capital, L.P., and Michael deSa, in the above-entitled case.

    /S/ Tani E. Sapirstein
Tani E. Sapirstein
Federal Bar No. 21160
Sapirstein & Sapirstein, P.C.
1350 Main Street, 12th Floor
Springfield, MA 01103
Tel:   (413) 827-7500
Fax:   (413) 827-7797

Date: September 29, 2006

1

**CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the above document was served upon the following via first class mail, postage prepaid to:

Alfred J. Smith, Jr., Esq.
706 Bedford St.
Stamford, CT 06901

                                               /S/ Tani E. Sapirstein
                                               Tani E. Sapirstein

Date: September 29, 2006

K:\WP61\CASEFILE\Vinya Capital-deSa\Not of Appearance.wpd