UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------------x

No. 3-06 CV 1286 (AVC)

BLERON BARALIU,

    Plaintiff,

 -against-

VINYA CAPITAL, L.P. and MICHAEL deSa,

    Defendants.

------------------------------------------------------------x

<u>STIPULATION AND ORDER</u>

  IT IS HEREBY STIPULATED that the time of defendants Vinya Capital, L.P. and Michael deSa to answer or otherwise move with respect to the Complaint herein is extended through and including November 17, 2006. This stipulation may be executed in counterparts by e-mail or fax.


Dated: September 29, 2006

ALFRED J. SMITH, JR. ESQ.    SAPIRSTEIN & SAPIRSTEIN, P.C.
Attorney for plaintiff      Attorneys for defendants


By:_/S/ Alfred J. Smith, Jr._____  By:_/S/ Tani E. Sapirstein_____
 Alfred J. Smith, Jr. (AS     Tani E. Sapirstein
706 Bedford Street     Federal Bar No. 21160
Stamford, CT 06901     1350 Main Street, 12th Floor
Tel. (203) 359-3200     Springfield, MA 01103
           Tel. (413) 827-7500
           Fax (413) 827-7797


SO ORDERED:


_____
Hon. Alfred V. Covello
United States District Court Judge

K:\WP61\CASEFILE\Vinya Capital-deSa\Stip and order.wpd