UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

No. 3-06 CV 1286 (AVC)

BLERON BARALIU,                           )
               Plaintiff          )
                           )
     v.                                  )
                           )
VINYA CAPITAL, L.P. and                   )
MICHAEL deSa,                             )
            Defendants          )
_____)

<u>DEFENDANTS' MOTION TO DISMISS</u>
<u>THE PLAINTIFF'S COMPLAINT</u>

       Now come the Defendants in the above-captioned matter and through their undersigned counsel, move this Honorable Court to dismiss the Complaint in this action pursuant to Fed. Rules of Civ. Pro. Rules 12(b)(3), 12(b)(6) and 9(b). A Memorandum of Law supporting this Motion to Dismiss is being filed simultaneously herewith.

       WHEREFORE, for the reasons contained in Defendants' Memorandum of Law In Support of Their Motion To Dismiss, the Defendants respectfully move this Honorable Court to dismiss the Complaint in its entirety.

ORAL ARGUMENT

IS NOT REQUESTED

The Defendants,
Vinya Capital, L.P., and
Michael deSa,
By Their Attorney,


Dated: November 13, 2006          /s/ Tani E. Sapirstein
                                  Tani E. Sapirstein, Esq.
                                  Federal Bar No.: 21160
                                  SAPIRSTEIN & SAPIRSTEIN, P.C.
                                  1350 Main Street, 12th Floor
                                  Springfield, MA 01103
                                  Tel. (413) 827-7500
                                  Fax (413) 827-7797

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the following via first class mail, postage prepaid to:

Alfred J. Smith, Jr., Esq.
706 Bedford St.
Stamford, CT 06901


                                   /s/ Tani E. Sapirstein
                                  Tani E. Sapirstein


Date: November 13, 2006

K:\WP61\CASEFILE\Vinya Capital-deSa\Defendants' Motion to Dismiss the Plaintiff's Complaint.wpd