UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

No. 3-06 CV 1286 (AVC)

BLERON BARALIU, )
        Plaintiff )
 )
v. )
 )
VINYA CAPITAL, L.P. and )
MICHAEL deSa, )
        Defendants )
_____)

DEFENDANTS' MOTION TO DISMISS
THE PLAINTIFF'S COMPLAINT

    Now come the Defendants in the above-captioned matter and through their undersigned counsel, move this Honorable Court to dismiss the Complaint in this action pursuant to Fed. Rules of Civ. Pro. Rules 12(b)(3), 12(b)(6) and 9(b). A Memorandum of Law supporting this Motion to Dismiss is being filed simultaneously herewith.

    WHEREFORE, for the reasons contained in Defendants' Memorandum of Law In Support of Their Motion To Dismiss, the Defendants respectfully move this Honorable Court to dismiss the Complaint in its entirety.

ORAL ARGUMENT
IS NOT REQUESTED

        The Defendants,
        Vinya Capital, L.P., and
        Michael deSa,
        By Their Attorney,

Dated: November 13, 2006        /s/ Tani E. Sapirstein
        Tani E. Sapirstein, Esq.
        Federal Bar No.: 21160
        SAPIRSTEIN & SAPIRSTEIN, P.C.
        1350 Main Street, 12th Floor
        Springfield, MA 01103
        Tel. (413) 827-7500
        Fax (413) 827-7797

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the following via first class mail, postage prepaid to:

Alfred J. Smith, Jr., Esq.
706 Bedford St.
Stamford, CT 06901

        /s/ Tani E. Sapirstein
        Tani E. Sapirstein

Date: November 13, 2006

K:\WP61\CASEFILE\Vinya Capital-deSa\Defendants' Motion to Dismiss the Plaintiff's Complaint.wpd