UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

No.: 3-06 CV 1286 (AVC)

| | |
|---|---|
| **BLERON BARALIU,** ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| **VINYA CAPITAL, L.P., and** ) | |
| **MICHAEL deSa,** ) | |
| Defendants ) | |

## MOTION FOR LEAVE TO FILE REPLY BRIEF IN EXCESS OF TEN (10) PAGES (ASSENTED TO)

Now come the Defendants, through their undersigned counsel and hereby move for leave to file a reply brief in excess of ten pages. As the basis for this motion, the undersigned counsel represents that an additional page is necessary to fully address the issues raised in the Plaintiff's Opposition to Defendants' Motion to Dismiss.

Counsel for the Plaintiff has assented to this motion.

WHEREFORE, the Defendants hereby move for leave to file a reply brief in excess of ten pages.

        Respectfully submitted,
The Defendants,
Vinya Capital, L.P. and
Michael DeSa,
By Their Attorney,

  /s/ Tani E. Sapirstein_____
Tani E. Sapirstein
Federal Bar No.: 21160
1350 Main Street, 12th Floor
Springfield, MA 01103
Tel. (413) 827-7500

Date: December 13, 2006    Fax (413) 827-7797

Assented to:

  /s/ Alfred J. Smith, Jr.___
Alfred J. Smith, Jr., Esq.
706 Bedford St.
Stamford, CT 06901

## CERTIFICATE OF SERVICE

     I hereby certify that a true copy of the above document was served upon the following via first class mail, postage prepaid to:

    Alfred J. Smith, Jr., Esq.
    706 Bedford St.
    Stamford, CT 06901

  /s/ Tani E. Sapirstein_____
Tani E. Sapirstein

Date: December 13, 2006