UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

BLERON BARALIU,　　　　　　　　　　　　　　　　　　07-cv-04626 (VM)

　　　　　　　　　Plaintiff,

　　-against-　　　　　　　　　　　　　　　　　　　　**AFFIDAVIT OF SERVICE**

VINYA CAPITAL, L.P. and MICHAEL deSa,

　　　　　　　　　Defendants.

------------------------------------------------------------------x

STATE OF NEW YORK　　）
　　　　　　　　　　　　） ss.:
COUNTY OF NEW YORK　）

　　　BETTY ZEBALLOS, being duly sworn, deposes and says:

1.　　I am not a party to the within action; am over 18 years of age and am employed by Vandenberg & Feliu, LLP, 110 East 42nd Street, Suite 1502, New York, New York 10017.

2.　　On June 6, 2007, I served the within Notice of Motion, Affidavit and Exhibits upon plaintiff by dispatching a true copy thereof by FedEx overnight delivery service to plaintiff's attorney, Alfred J. Smith, Jr. Esq., 706 Bedford Street, Stamford, CT 06901, by depositing same, enclosed in a properly addressed wrapper into the custody of FedEx Corporation for delivery, prior to the latest time designated by said delivery service for dispatch.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　BETTY ZEBALLOS

Sworn to before me this
6th day of June, 2007

_____
　　Notary Public

MORLAN TY ROGERS
Notary Public, State of New York
NO. 02RO6116188
Qualified in Queens County
Commission Expires September 20, 20_08_