UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

BLERON BARALIU,                                  07-cv-04626 (VM)

                                  Plaintiff,

                       -against-                                              **AFFIDAVIT OF SERVICE**

VINYA CAPITAL, L.P. and MICHAEL deSa,

                                  Defendants.

-------------------------------------------------------------------x

STATE OF NEW YORK       )
                                    ) ss.:
COUNTY OF NEW YORK  )

         BETTY ZEBALLOS, being duly sworn, deposes and says:

         1.     I am not a party to the within action; am over 18 years of age and am employed by Vandenberg & Feliu, LLP, 110 East 42nd Street, Suite 1502, New York, New York 10017.

         2.     On June 6, 2007, I served the within Memorandum of Law upon plaintiff by dispatching a true copy thereof by FedEx overnight delivery service to plaintiff's attorney, Alfred J. Smith, Jr. Esq., 706 Bedford Street, Stamford, CT 06901, by depositing same, enclosed in a properly addressed wrapper into the custody of FedEx Corporation for delivery, prior to the latest time designated by said delivery service for dispatch.

                                                                _____
                                                                  BETTY ZEBALLOS

Sworn to before me this
6th day of June, 2007

_____
    Notary Public

               MORLAN TY ROGERS
        Notary Public, State of New York
              NO. 02RO6116188
          Qualified in Queens County
    Commission Expires September 20, 20__