

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-7-07
```

# Vandenberg & Feliu, LLP

*Attorneys at Law*
110 East 42nd Street
New York, New York 10017
Telephone: 212-763-6800
Author's direct dial: 212-763-6838
Fax: 212-763-6810/6814

Morlan Ty Rogers
E-mail: mtrogers@vanfeliu.com

June 6, 2007

BY FEDERAL EXPRESS

The Honorable Victor Marrero
United States District Judge
United States District Court for the
 Southern District of New York
500 Pearl Street, Room 660
New York, NY 10007

       Re:   Baraliu v. Vinya Capital, L.P. and Michael deSa
               SDNY No. 07-cv-04626 (VM)

Dear Judge Marrero:

      We represent defendants in the above-referenced action. Pursuant to Rule I(E) of Your Honor's Individual Practices, I am enclosing two courtesy copies of defendants' motion to dismiss and memorandum of law, which were filed through ECF today.

                                      Respectfully yours,

                                      Morlan Ty Rogers

enclosures
cc: Alfred J. Smith, Jr. Esq. (by Federal Express)

---

Request GRANTED. A status conference herein is scheduled for 6-15-07 at 10:45 a.m. to address the matter described above by plaintiff's motion to dismiss.

SO ORDERED.

6-8-07
DATE           VICTOR MARRERO, U.S.D.J.