# Vandenberg & Feliu, LLP

*Attorneys at Law*
110 East 42nd Street
New York, New York 10017
Telephone: 212-763-6800
Author's direct dial: 212-763-6838
Fax: 212-763-6810/6814

Morlan Ty Rogers
E-mail: mtrogers@vanfeliu.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-12-07
```

June 11, 2007

BY FAX (212) 805-6382

The Honorable Victor Marrero
United States District Judge
United States District Court for the
  Southern District of New York
500 Pearl Street, Room 660
New York, NY 10007

   Re: Baraliu v. Vinya Capital, L.P. and Michael deSa
     SDNY No. 07-cv-04626 (VM)

Dear Judge Marrero:

  We represent defendants in the above-referenced action. We received through ECF this morning an Endorsed Letter scheduling a conference on our motion to dismiss for June 15, 2007 at 10:45 a.m. I am already scheduled to appear on an Order to Show Cause in another case in Supreme Court in Nassau County on June 15th at 9:30 a.m. I am therefore requesting that the Court adjourn the conference in this case one week to June 22nd. Thank you.

          Respectfully yours,

          */s/ Morlan Ty Rogers*

         Morlan Ty Rogers

cc: Alfred J. Smith, Jr. Esq.
  (by fax (203) 348-8092)

```
Request GRANTED. The next
conference herein is rescheduled to  6-22-07
at  3:30 p.m.

SO ORDERED.

6-11-07                    /s/ Victor Marrero
DATE                       VICTOR MARRERO, U.S.D.J.
```