# Vandenberg & Feliu, LLP

*Attorneys at Law*
110 East 42nd Street
New York, New York 10017
Telephone: 212-763-6800
Author's direct dial: 212-763-6838
Fax: 212-763-6810/6814

Morlan Ty Rogers
E-mail: mrogers@vanfeliu.com

August 9, 2007

BY FAX (212) 805-6382

The Honorable Victor Marrero
United States District Judge
United States District Court for the
 Southern District of New York
500 Pearl Street, Room 660
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-9-07
```

Re: Baraliu v. Vinya Capital, L.P. and Michael deSa
SDNY No. 07-cv-04626 (VM)

Dear Judge Marrero:

My firm represents defendants in the above-referenced action. During a conference on defendants' motion to dismiss plaintiff's complaint, Your Honor directed plaintiff to serve an amended complaint by August 15, 2007 and to send a draft of the amended complaint to defendants in advance thereof so that the parties could confer by July 30th to discuss the draft and changes thereto with the goal of limiting pleading issues that would warrant a motion to dismiss. Although conversations took place between counsel for the parties, plaintiff's counsel was unable to forward the amended complaint until August 1st. So that the parties have a sufficient opportunity to review, discuss and possibly revise the proposed amended complaint, and because of vacation schedules, the parties jointly request that plaintiff's time to serve an amended complaint be extended to September 21, 2007. This is the first request for such an extension.

Respectfully yours,

*Morlan Ty Rogers* (signature)

Morlan Ty Rogers

cc: Alfred J. Smith, Jr. Esq.
 (by fax (203) 348-8092)

SO ORDERED: Request GRANTED. The time for plaintiff to serve an amended complaint herein is extended to 9/21/07.

8-9-07
DATE   VICTOR MARRERO, U.S.D.J.