UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
                                            No. 07-cv-04626 (VM)
BLERON BARALIU,

         Plaintiff,

   -against-
                                        STIPULATION
VINYA CAPITAL, L.P. and MICHAEL deSa,    AND ORDER

         Defendants.

----------------------------------------------------------x

    IT IS HEREBY STIPULATED that the time of defendants Vinya Capital, L.P. and Michael deSa to answer or otherwise move with respect to the Amended Complaint is extended to and including November 15, 2007. This stipulation may be executed in counterparts by e-mail or fax.

Dated: New York, New York
        October 15, 2007

Alfred J. Smith, Jr. (CT 01381)
Attorney for Plaintiff
706 Bedford Street
Stamford, CT 06901
(203) 359-3200

VANDENBERG & FELIU, LLP
Attorneys for Defendants

By: _____
Morlan Ty Rogers (MR 3818)
110 East 42nd Street, Suite 1502
New York, NY 10017
(212) 763-6800

SO ORDERED: 16 October 2007

_____
Hon. Victor Marrero
United States District Court Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-16-07