UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

BLERON BARALIU,                                           No. 07-cv-04626 (VM)

                     Plaintiff,

      -against-

                                         **DEFENDANTS'**

VINYA CAPITAL, L.P. and MICHAEL deSa,       **RULE 7.1 STATEMENT**

                    Defendants.

----------------------------------------------------------------x

          Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendants Vinya Capital, L.P. and Michael deSa (private non-governmental parties) certifies that there are no corporate parents, affiliates and/or subsidiaries of either defendant, which are publicly held.

Dated: New York, New York
       November 15, 2007

                                     VANDENBERG & FELIU, LLP

                                     By:   s/Morlan Ty Rogers
                                      Morlan Ty Rogers (MR 3818)
                                   Attorneys for defendants
                                   110 East 42nd Street, Suite 1502
                                   New York, NY 10017
                                   (212) 763-6800

To:   Alfred J. Smith, Jr. Esq.
      Attorney for plaintiff
      706 Bedford Street
      Stamford, CT 06901
      (203) 359-3200