UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

BLERON BARALIU,

                Plaintiff,

-against-

VINYA CAPITAL, L.P. and MICHAEL deSa,

                Defendants.

-------------------------------------------------------------------x

07-cv-04626 (VM)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                           ) ss.:
COUNTY OF NEW YORK  )

        JESSICA L. MORAN, being duly sworn, deposes and says:

        1.        I am not a party to the within action; am over 18 years of age and am employed by Vandenberg & Feliu, LLP, 110 East 42nd Street, Suite 1502, New York, New York 10017.

        2.        On November 15, 2007, I served the within ANSWER AND COUNTERCLAIMS upon plaintiff's attorney by depositing on said date a true copy thereof, enclosed in a post-paid wrapper addressed to his last known address, Alfred J. Smith, Jr. Esq., 706 Bedford Street, Stamford, CT 06901, into an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

                                                        _____
                                                            JESSICA L. MORAN

Sworn to before me this
15th day of November, 2007

_____
Notary Public

MORLAN TY ROGERS
Notary Public, State of New York
NO. 02RO6116188
Qualified in Queens County
Commission Expires September 20, 20__