USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-15-07

# Vandenberg & Feliu, LLP

*Attorneys at Law*
110 East 42nd Street
New York, New York 10017
Telephone: 212-763-6800
Author's direct dial: 212-763-6838
Fax: 212-763-6810/6814

Morlan Ty Rogers
*E-mail: mtrogers@vanfeliu.com*

November 15, 2007

BY FAX (212) 805-6382

The Honorable Victor Marrero
United States District Judge
United States District Court for the
  Southern District of New York
500 Pearl Street, Room 660
New York, NY 10007

> Re: Baraliu v. Vinya Capital, L.P. and Michael deSa
> SDNY No. 07-cv-04626 (VM)

Dear Judge Marrero:

My firm represents defendants in the above-referenced action. On October 16, 2007, Your Honor extended defendants' time to answer the amended complaint until November 15, 2007 (today). We served a copy of our answer and counterclaims today by mail this morning. When I went to file it electronically a few minutes ago, the ECF system indicated that defendants first needed to file their Rule 7.1 statement. My client is out of town and I may not be able to confirm whether the corporate defendant has any publicly traded parents or affiliates by the end of the day, which is the current filing deadline. For this reason, we are respectfully requesting an extension of time to e-file our answer and counterclaim until November 30, 2007. Plaintiff's attorney has consented to this request.

Respectfully yours,

*Morlan Ty Rogers*

Morlan Ty Rogers

cc: Alfred J. Smith, Jr. Esq.
    (by fax (203) 348-8092)

Request GRANTED. The time for defendant(s) to answer or otherwise move with respect to the complaint in this action is extended to 11-30-07

SO ORDERED.

11-15-07
DATE      VICTOR MARRERO, U.S.D.J.