USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
BLERON BARALIU,                     :
                                    :
                                    :   07 Civ.4626(VM)
            Plaintiff,              :
                                    :
    -against-                       :   ORDER
                                    :
VINYA CAPITAL, LP,                  :
                                    :
            Defendant.              :
------------------------------------X

**VICTOR MARRERO, United States District Judge.**

Upon review of the Docket Sheet of this case the Court noted that by memo-endorsed Order dated November 15, 2007, the Court extended the time for defendant herein to electronically file an answer to the complaint was extended to November 30, 2007. The Court's public file for this case contains no record that such answer was filed. Accordingly, it is hereby

**ORDERED** that plaintiff herein is directed to inform the Court by January 25, 2008, of the status of this matter and plaintiff's contemplation with respect to further proceedings in this case. In the event no timely response to this Order is submitted the Court may dismiss the action for lack of prosecution.

**SO ORDERED.**

Dated:   New York, New York
         January 22, 2008

                                          VICTOR MARRERO
                                            U.S.D.J.