USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/08

**Alfred J. Smith, Jr.**
Attorney at Law
706 Bedford Street
Stamford, Connecticut 06901

Telephone
(203) 359-3200

Facsimile
(203) 348-8092

Email
ajslaw706@aol.com

January 31, 2008

**By Fax: (212) 805-6382**

The Honorable Victor Marrero
United States District Judge
United States District Court for the
    Southern District of New York
500 Pearl Street, Room 660
New York, NY 10007

Re:   Baraliu v. Vinya Capital, L.P. and Michael deSa
      SDNY No. 07CV04626 (VM)

Dear Judge Marrero:

I received your Notice of Initial Conference for February 22, 2008, by fax, and later by ECF and faxed that to Counsel for the Defendants, as you requested.

Counsel for the Defendants and I have conferred regarding that date. I will be out of town from Friday, February 15 through Sunday, February 24, 2008 on a long-planned family trip. Attorney Rogers will be out of town on Friday, February 29 and most of the following week.

In comparing our schedules, we are both available either on Friday, March 21 or March 28, if those dates are available on your Court calendar? This additional time, if allowed, will enable us to confer and complete the Case Management Plan.

Very truly yours,

Alfred J. Smith, Jr., Esq.
Counsel for the Plaintiff

and

/s/
Morlan Ty Rogers, Esq.    **Fax: (212) 763-6810**
Counsel for the Defendants

Request GRANTED. The next status
conference herein is rescheduled to 3-21-08
at 4:45 p.m.

SO ORDERED.

2-1-08
DATE

VICTOR MARRERO. U.S.D.J.