UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
BLERON BARALIU                       :        Order
                                     :   Rescheduling Conference
                                     :
                         Plaintiff,  :   07 Civ. 4626 (VM)
                                     :
    - against -                      :
                                     :
VINYA CAPITAL, LP and MICHAEL        :
DESA                                 :
                                     :
                        Defendants.  :
------------------------------------X

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 2-25-08

Counsel for all parties are advised that the Initial Conference before Judge Marrero scheduled for March 21, 2008 at 9:45 a.m. is adjourned to April 4, 2008 at 9:00 a.m. in Courtroom 20B at the United States Courthouse, 500 Centre Street, New York, New York. Principal trial counsel must appear at this and all subsequent conferences.

Requests for adjournment of the conference will be considered only if made in writing and otherwise in accordance with Judge Marrero's Individual Practices.

Dated:   New York, New York
         February 25, 2008

                                        _____
                                             Victor Marrero
                                               U.S.D.J.