```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
BLERON BARALIU,                     :

                Plaintiff,          :      ORDER

        -against-                   :      07 Civ. 4626 (MHD)

VINYA CAPITAL, LP, et al.,          :

                Defendants.         :

------------------------------------X
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

It is hereby

ORDERED that a telephone conference has been scheduled in the above-captioned action on **FRIDAY, APRIL 18, 2008 at 11:00 A.M**. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

Plaintiff's counsel is to make the necessary arrangements for the conference call.

DATED:   New York, New York
         April 14, 2008

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent this date to:

Alfred J. Smith, Jr., Esq.
706 Bedford Street
Stamford, CT 06901
Fax: (203) 348-8092

Morlan Ty Rogers, Esq.
Vandenberg & Feliu, LLP
110 East 42nd Street
New York, NY 10017
Fax: (212) 763-6810

Tani E. Sapirstein, Esq.
Sapirstein & Sapirstein, PC
1350 Main Street
12th Floor
Springfield, MA 01103
Fax: (413) 827-7797