UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
Baraliu                              ,  :
                    Plaintiff(s),       :   CONSENT TO PROCEED BEFORE
                                        :   UNITED STATES MAGISTRATE JUDGE
        - against -                     :
                                        :   07 Civ. 4626 (VM) (MHD)
Vinya Capital L.P.                   ,  :
                    Defendant(s).       :
----------------------------------------X

**IT IS HEREBY STIPULATED** by the undersigned:

1. All parties consent, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct all further proceedings in this action, including any trial and entry of final judgement.

2. Any appeal from a judgment entered in this case will like to the Court of Appeals for the Second Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c)(3) and Fed. R. Civ. P. 73(c).

(Separately executed forms may be submitted. See Fed. R. Civ. P. 73(b).)

**For Plaintiff(s):**

Attorney(s): Alfred J. Smith
             (Type/Print)
             [Signature]
Address: 706 Bedford Street
         Stamford, CT 06901
Telephone: 203-359-3200

Attorney(s): _____
             (Type/Print)
             _____
             (Signature)
Address: _____
Telephone: _____

**For Defendant(s):**

Attorney(s): MORLAN Ty ROGERS
             (Type/Print)
             [Signature]
Address: 110 East 42nd St
         NY, NY 10017
Telephone: _____

Attorney(s): TANI E SAPIRSTEIN
             (Type/Print)
             [Signature]
Address: 1350 Main St 12th FL
         Springfield, MA 01103
Telephone: 413-827-7500

**SO ORDERED.**

Dated: New York, New York
       4 April 2008

                                            [Signature]
                                            VICTOR MARRERO, U.S.D.J.

**Magistrate Judge** _____ was assigned this case on _____

                                            _____
                                            For: **CLERK, U.S.D.C., S.D.N.Y.**