UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

BLERON BARALIU,                                                             07-cv-04626 (VM)

                               Plaintiff,

              -against-                                                    **AFFIDAVIT OF SERVICE**

VINYA CAPITAL, L.P. and MICHAEL deSa,

                               Defendants.

------------------------------------------------------------------x

STATE OF NEW YORK      )
                               ) ss.:
COUNTY OF NEW YORK  )

         JESSICA L. MORAN, being duly sworn, deposes and says:

         1.     I am not a party to the within action; am over 18 years of age and am employed by Vandenberg & Feliu, LLP, 110 East 42nd Street, Suite 1502, New York, New York 10017.

         2.     On April 17, 2008, I served the within NOTICE OF MOTION, AFFIDAVIT and EXHIBITS upon plaintiff's attorney by depositing on said date a true copy thereof, enclosed in a post-paid wrapper addressed to his last known address, Alfred J. Smith, Jr. Esq., 706 Bedford Street, Stamford, CT 06901, into an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

                                                              _____
                                                             JESSICA L. MORAN

Sworn to before me this
17th day of April, 2008

_____
      Notary Public

               **MORLAN TY ROGERS**
       **Notary Public, State of New York**
             NO. 02RO6116188
          Qualified in Queens County
    Commission Expires September 20, 20__08