```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
BLERON BARALIU,                     :
                Plaintiff,          :     ORDER
        -against-                   :     07 Civ. 4626 (MHD)
VINYA CAPITAL, LP, et al.,          :
                Defendants.         :
------------------------------------X
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

A telephone conference having been held with counsel for the respective parties today,

It is hereby **ORDERED** as follows:

1. Defendants are to serve and file their motion for judgment on the pleadings by no later than **FRIDAY, APRIL 18, 2008**.

2. Plaintiff is to serve and file his response papers by no later than **FRIDAY, MAY 9, 2008**.

3. Defendants are to serve and file their reply papers by no later than **FRIDAY, MAY 23, 2008**.

4. The governing scheduling order from the prior case management conference before Judge Marrero remains in effect.

DATED:  New York, New York
        April 17, 2008

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent this date to:

Alfred J. Smith, Jr., Esq.
706 Bedford Street
Stamford, CT 06901
Fax: (203) 348-8092

Morlan Ty Rogers, Esq.
Vandenberg & Feliu, LLP
110 East 42nd Street
New York, NY 10017
Fax: (212) 763-6810

2

Tani E. Sapirstein, Esq.
Sapirstein & Sapirstein, PC
1350 Main Street
12th Floor
Springfield, MA 01103
Fax: (413) 827-7797