UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
Baraliu                              ,  :
                                        :   CONSENT TO PROCEED BEFORE
                    Plaintiff(s),       :   UNITED STATES MAGISTRATE JUDGE
                                        :
         - against -                    :   07 Civ. 4626 (VM)(MHD)
                                        :
Vinya Capital L.P.                   ,  :
                                        :
                    Defendant(s).       :
----------------------------------------X

**IT IS HEREBY STIPULATED** by the undersigned:

   1. All parties consent, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct all further proceedings in this action, including any trial and entry of final judgement.

   2. Any appeal from a judgment entered in this case will like to the Court of Appeals for the Second Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c)(3) and Fed. R. Civ. P. 73(c).

(Separately executed forms may be submitted. See Fed. R. Civ. P. 73(b).)

|                        For Plaintiff(s):                          |                        For Defendant(s):                          |
|---|---|
| Attorney(s): Alfred J. Smith (Type/Print) (Signature) | Attorney(s): MORIARTY ROGERS (Type/Print) (Signature) |
| Address: 706 Bedford Street, Stamford, CT 06901 | Address: 110 East 42nd St, NY, NY 10017 |
| Telephone: 203-359-3200 | Telephone: |
| Attorney(s): (Type/Print) (Signature) | Attorney(s): TANI E SAPIRSTEIN (Type/Print) (Signature) |
| Address: | Address: 1350 Main St, 12th Fl, Springfield, MA 01103 |
| Telephone: | Telephone: 413-827-7500 |

**SO ORDERED.**

Dated:   New York, New York
         4 April 2008

                                                        VICTOR MARRERO, U.S.D.J.

**Magistrate Judge** _____ was assigned this case on _____

                                                   For: **CLERK, U.S.D.C., S.D.N.Y.**