ENDORSED ORDER

*[Handwritten note: Counsel is to serve and submit courtesy copies of his motion papers by no later than May 7, 2008. He is to arrange (is this works?) for his admission pro hac vice), H. is in full compliance for a new hearing to follow.]*

May 4, 2008

**Alfred J. Smith, Jr.**
Attorney at Law
706 Bedford Street
Stamford, Connecticut 06901

Telephone
(203) 359-3200

Facsimile
(203) 348-8092

Email
ajslaw706@aol.com

The Honorable Magistrate Judge Michael H. Dolinger
United States District Court
Southern District of New York
500 Pearl Street, Room 1670
New York, NY 10007-1312        **Fax: (212) 805-7928**

Re: Baraliu v. Vinya Capital LP et al
    No. 07CV04626 (MHD)

Dear Judge Dolinger:

I am faxing this letter to you and opposing counsel to seek your advice on meeting the deadline of May 9, 2008 to file my Memorandum of Law and Opposition to Defendants' Motion for an Order for Judgment on the Pleadings seeking dismissal of five Counts of the Plaintiff's Complaint.

This matter was transferred to you by Judge Marrero who had granted my request to be admitted, pro hac vice, some time ago, subject to submitting a Certificate of Good Standing from the State of Connecticut, Superior Court.

I had the appropriate certificate issued, had the affidavit of Attorney Ginsberg, a member in good standing of your Court, my Motion for Admission Pro Hac Vice, the required filing fee and traveled in to the Court's Civil Clerk's Office. There I was informed that I was required to have the Certificate of Good Standing issued <u>within 30 days</u> (it had been issued more than 30 days prior), in addition to a proposed Order of Admission Pro Hac Vice and Proof of Service of the Motion on all parties.

I requested a new Certificate of Good Standing which was received in my Office yesterday, Saturday, May 3, 2008 (See attached envelope).

So I am left with a chicken/egg dilemma. I cannot get my ECF password to electronically file my response to Defendants' Motion until I am admitted, and I don't see how I will be able to be admitted prior to Friday, May 9, 2008.

One possible solution might be if opposing Counsel, Attorney Rogers, could electronically file my opposition (which I would forward to him) while my admission to the Court is being finalized, or, you might grant a reasonable extension of time for my Response, which I hereby request. I will contact opposing Counsel Monday morning to obtain his assent.

I have been admitted, pro hac vice, in numerous Federal District Courts in the past, and seek your advice, or that of your Clerks' on resolving this matter in the Southern District of New York.

Very truly yours,

Alfred J. Smith, Jr., Esq.
AJS/dm

cc: Morlan Ty Rogers, Esq.
    **Fax: (212) 763-6810**

05/04/2008 18:59 203-949-9002    Case 1:07-cv-04626-MHD    Document 29    Filed 05/05/2008    Page 2 of 4    PAGE 02/04



# State of Connecticut
## Supreme Court

I, Michéle T. Angers, Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,

Do hereby certify that, in the Superior Court at **Bridgeport**, on the **thirty-first**, day of **October**, **1985**,

**Alfred J. Smith, Jr.**

of

**Darien, Connecticut**

having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all the courts of this state, and that said attorney is a member in good standing of the Bar of this State pursuant to Practice Book §2-65.

In Testimony Whereof, I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this ..thirtieth... day of ..... April ..... 20 08 .

Michéle T. Angers

Chief Clerk





Atty Alfred J. Smith Jr.
706 Bedford St.
Stamford CT 06901



STATE OF CONNECTICUT
SUPERIOR COURT
CLERK'S OFFICE
95 Washington Street
Hartford, CT 06106