UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

5/13/08

BLERON BARALIU            Civil Action No. 07CVB04626 (MHD)
    Plaintiff

v.

VINYA CAPITAL, L.P. and MICHAEL deSa
    Defendants            May 7, 2008

### PROPOSED ORDER FOR ADMISSION *PRO HAC VICE*

Attorney Alfred J. Smith, Jr., Esq., Attorney for Plaintiff in this Civil Action which was transferred to this Court from the United States District Court, District of Connecticut, having provided this Court with the following:

1. A check for $25.00, payable to the Clerk, USDC, SDNY;
2. A Motion for Admission *Pro Hac Vice* with his supporting Affidavit;
3. An Affidavit from Larry F. Ginsberg, Esq., Movant's Sponsoring Attorney;
4. A Certificate of Good Standing from the State of Connecticut Supreme Court;
5. This Proposed Order for Admission *Pro Hac Vice;*
6. Proof of Service on all parties in this Matter:

and, having satisfied the requirements for being admitted, *pro hac vice*, in this matter, it is so Ordered, this \_\_12th\_\_ day of May, 2008.

_____
Michael H. Dolinger
United States Magistrate Judge
Southern District of New York

I certify that a copy of the foregoing was served, by fax and by first class mail, postage prepaid, on the following:

Vandenberg & Feliu, LLP
Morlan Ty Rogers, Esq.
110 East 42nd Street
New York, NY 10017

Date: May 7, 2008

Alfred J. Smith, Jr., Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BLERON BARALIU                              Civil Action No. 07CV04626 (MHD)
    Plaintiff

v.

VINYA CAPITAL, L.P. and MICHAEL deSa
    Defendants                              May 5, 2008

## MOTION FOR ADMISSION

Now comes Plaintiff's Counsel, Alfred J. Smith, Jr., Esq. and respectfully requests that he be admitted, *pro hac vice*, to practice before this Court for the purpose of representing the Plaintiff, Bleron Baraliu, in this matter.

This civil action was originally filed in United States District Court, District of Connecticut to which Plaintiff's Counsel is admitted, and was subsequently moved to the United States District Court, Southern District of New York, by the Defendants.

For this purpose, and for this case only, I have associated with Larry F. Ginsberg, Esq., a member in good standing of this Court.

By attached affidavits, I am certifying to this Court that I am in good standing in all Courts to which I have been admitted, and Attorney Ginsberg is certifying our association in this matter.

                Respectfully submitted,

                Alfred J. Smith, Jr., Esq.
                Fed: CT 01381
                CT 303399
                706 Bedford Street
                Stamford, CT 06901
                Tel: (203) 359-3200
                Fax: (203) 348-8092
                Email: ajslaw706@aol.com

## AFFIDAVIT OF ALFRED J. SMITH, JR., ESQ.

I, Alfred J. Smith, Jr., Esq., make the following sworn statement in support of my Motion for Admission, *pro hac vice,* to the United States District Court, Southern District of New York. I am a member in good standing of the following Courts:

1. The Bar of the Commonwealth of Massachusetts, having been first admitted to practice on June of 1978.

2. The Bar of the State of Connecticut, having been first admitted to practice on February 27, 1987.

3. The United States District Court, District of Massachusetts, having been first admitted to practice on December 6, 1978.

4. The United States District Court, District of Connecticut, having been first admitted to practice on February 6, 1987.

5. The United States Court of Appeals for the First Circuit, having been first admitted to practice on June 7, 1978.

5. In addition, during my legal career, I have been admitted, *pro hac vice*, to the United States Court of Appeals for the Second Circuit, and to the United States District Courts for the Districts of Tennessee, South Carolina, Georgia, Florida, Texas and Washington.

Alfred J. Smith, Jr., Esq.
706 Bedford Street
Stamford, CT 06901
(203) 359-3200

State of Connecticut
Fairfield, ss

Today appeared before me, Alfred J. Smith, Jr., Esq., and he acknowledged that the foregoing Affidavit is true and correct to the best of his knowledge and belief.

Date: 5/7/08

Notary/Commissioner of the Superior Court

## AFFIDAVIT OF LARRY F. GINSBERG, ESQ.

I, Larry F. Ginsberg, Esq. make the following sworn statement in support of Alfred J. Smith, Jr., Esq.'s Motion for Admission, *pro hac vice*, to the United States District Court, Southern District of New York.

I am a member in good standing of the following Courts:

1. The Bar of the State of New York, having been first admitted to practice on July 15, 1977.

2. The Bar of the State of Connecticut, having been first admitted to practice on August 28, 1984.

3. The United States District Court, Southern District of New York, having been first admitted to practice on January 2, 1979.

4. The United States District Court, District of Connecticut, having been first admitted to practice on April 9, 1984.

5. Alfred J. Smith, Jr., Esq. has associated with me, in the case of Baraliu v. Vinya Capital, L.P. and Michael deSa, 07CV04626 (MHD) only, currently before this Court.

6. I have known Attorney Smith, personally and professionally, for over ten years. On information and belief, he is a member in good standing of the Federal Courts and the highest State Courts in the State of Connecticut and the Commonwealth of Massachusetts.

                                                      **Larry F. Ginsberg, Esq.**
                                                      706 Bedford Street
                                                      Stamford, CT 06901
                                                      (203) 323-2555

**State of Connecticut**
**Fairfield, ss.**

Today appeared before me, Larry F. Ginsberg, Esq., and he acknowledged that the foregoing Affidavit is true and correct to the best of his knowledge and belief.

Date: 5/7/2008

                                                      Notary/Commissioner of the
                                                      Superior Court



# State of Connecticut
## Supreme Court

I, Michéle T. Angers, Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,

Do hereby certify that, in the Superior Court at **Bridgeport** on the **thirty-first** day of **October 1985**

**Alfred J. Smith, Jr.**

of

**Darien, Connecticut**

having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all the courts of this state, and that said attorney is a member in good standing of the Bar of this State pursuant to Practice Book §2-65.

In Testimony Whereof, I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this **thirtieth** day of **April 20 08**

*Michéle T. Angers*

Michéle T. Angers

Chief Clerk



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BLERON BARALIU                        Civil Action No. 07CVB04626 (MHD)
    Plaintiff

v.

VINYA CAPITAL, L.P. and MICHAEL deSa
    Defendants                      May 7, 2008

## PROOF OF SERVICE

I hereby certify that I have been served copies of the following from Attorney Alfred J. Smith, Jr., Esq., Attorney for Plaintiff, Bleron Baraliu in the above matter,

1. A check for $25.00, payable to the Clerk, USDC, SDNY;
2. A Motion for Admission *Pro Hac Vice* with his supporting Affidavit;
3. An Affidavit from Larry F. Ginsberg, Esq., Movant's Sponsoring Attorney;
4. A Certificate of Good Standing from the State of Connecticut Supreme Court;
5. This Proposed Order for Admission *Pro Hac Vice*;

and, I assent to the admission *pro hac vice* of Attorney Smith, in this Matter.

*[signature]*
Morlan Ty Rogers, Esq.
Vandenberg & Feliu
Attorneys for Defendants
110 East 42nd Street
New York, NY 10017
(212) 763-6800