UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

BLERON BARALIU,                                     07-cv-04626 (VM)

                Plaintiff,

-against-                                           **AFFIDAVIT OF SERVICE**

VINYA CAPITAL, L.P. and MICHAEL deSa,

                Defendants.

------------------------------------------------------------------x

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK        )

      JESSICA L. MORAN, being duly sworn, deposes and says:

    1.    I am not a party to the within action; am over 18 years of age and am employed by Vandenberg & Feliu, LLP, 110 East 42nd Street, Suite 1502, New York, New York 10017.

    2.    On May 15, 2008, I served the within REPLY MEMORANDUM OF LAW upon plaintiff's attorney by depositing on said date a true copy thereof, enclosed in a wrapper addressed to his last known address:

           Alfred J. Smith, Jr. Esq.
           706 Bedford Street
           Stamford, CT 06901

into the custody of FedEx Corporation for overnight delivery, prior to the latest time designated by said overnight delivery service for overnight delivery.

                                                    _____
                                                    JESSICA L. MORAN

Sworn to before me this
15th day of May, 2008

_____
Notary Public

           MORLAN TY ROGERS
      Notary Public, State of New York
           NO. 02RO6116188
       Qualified in Queens County
    Commission Expires September 20, 20 08